IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02214-PSF-BNB

JOANNA AND ROBERT WOOLLEY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1)     Plaintiffs' **Motion to Amend to Add Punitive Damage Claim** (the "Motion to Amend"), filed June 6, 2005; and

(2)     Plaintiffs' **Motion to Allow Reply to Defendant's Response t Plaintiffs' Motion to Amend and Add Punitive Damage Claim** (the "Motion to File Reply"), filed July 12, 2005.

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint and Jury Demand submitted with the Motion to Amend. The defendant shall respond to the First Amended Complaint on or before **July 29, 2005**.

IT IS FURTHER ORDERED that the Motion to File Reply is GRANTED.

Dated July 15, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge