IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02214-PSF-BNB

ROBERT WOOLLEY and
JOANNA WOOLLEY,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

      Defendant.

---

## ORDER RE DISMISSAL PAPERS

---

In light of the Notice of Settlement (Dkt. # 65), the parties shall file their

dismissal papers no later than **5:00 p.m., November 14, 2005.**  All other dates and

deadlines in this case are hereby VACATED.

      DATED: October 31, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge