IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02214-PSF-BNB

JOANNA AND ROBERT WOOLLEY,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned matter and the Complaint filed therein are hereby DISMISSED WITH PREJUDICE as to all claims between Plaintiffs Joanna Woolley and Robert Woolley and Defendant American Family Mutual Insurance Company, each party to pay their own costs in this matter.

DATED: November 18, 2005

                        BY THE COURT:

                        *s/ Phillip S. Figa*
                        _____
                        Phillip S. Figa
                        United States District Judge